IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIOANL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANK OF AMERICA FUNDING CORPORATION 2005-E TRUST , <br><br> Plaintiff(s), <br><br> vs. <br><br> DANNY CASTRO MAGGAY; CRISTITA P. MAGGAY; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; AND DOE GOVERNMENTAL UNITS 1-50 <br><br> Defendant(s). | CV 17-00403 DKW-RLP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on October 19, 2017 and served on all parties on October 20, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Plaintiff's Motion to Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 8, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

<u>U.S. Bank National Association, et al. V. Danny Castro Maggay, et al.</u>; Civil No. 17-00403 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**